# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARRY ALMAN WILLIAMS        .  | JUDGMENT IN A CIVIL CASE |
| v. | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS,  et al. | CASE NUMBER:  C07-5232RJB |

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Plaintiff's motion to amend complaint, Dkt #10, is GRANTED.  ALL FEDERAL CLAIMS ARE DISMISSED FROM THIS ACTION.  The motion to remand this action to state court, Dkt #9, is also GRANTED. Plaintiff's motion for an extension of time, Dkt #13, is DENIED AS MOOT.

July 11, 2007                                                          BRUCE RIFKIN
                                                                                     Clerk

                                                                                     /s/ Dara L. Kaleel
                                                                                     By Dara L. Kaleel, Deputy Clerk